IN THE UNITED STATES DISTICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

EASTERN DIVISON

UNITED STATES OF AMERICA                                                         PLAINTIFF

Vs.                                                                                      CRIMINAL NO. 2:11-cr-10-KS-MTP

LENZY BENTON, 06448-043                                                              DEFENDANT

**<u>ORDER</u>**

     THIS CAUSE IS BEFORE THE COURT on Letter Motion [139] filed by Lenzy Benton requesting that this Court approve his receiving Social Security benefits at this time. In his letter Mr. Benton related to the Court that he has several medical conditions that he apparently believes justify his receiving Social Security Disability or SSI benefits. This Court is without authority to grant Social Security benefits without a complaint pending in this Court. In order for the complaint to be ripe, Mr. Benton must be denied Social Security benefits by the agency itself. Following the denial there would be an appeal process that would ultimately make the filing of a complaint in this Court timely.  It is necessary to process the request through the Social Security Administration prior to this Court addressing same.

     For the reasons above stated this Court finds that the Letter Motion [139] should be and is hereby DENIED at this time.

     SO ORDERED this the ___15th___ day of February, 2017.

                                                                                                     _____s/Keith Starrett_____

                                                                                       UNITED STATES DISTRICT JUDGE